124

Rockwell, Grant, Doolittle, Thomas & Buckingham. Akron, for plaintiffs in error.

Slabaugh, Seiberling, Huber & Guinther, Akron, for defendants in error I. J. Fulton, Samuel H. Squire, Supt. of Banks, etc., and The First-Central Trust Co.

Frank E. Calkins, Toledo, for plaintiff in error.

Yager, Bebout & Stecher, Toledo, for defendants in error.

For full opinion see 5 OO 475; 51 Oh Ap 514.

For full opinion see 5 OO 473; 51 Oh Ap 510.

## INDUSTRIAL COMMISSION v GEORGE

Ohio Appeals, 6th Dist, Wood Co

Decided June 10, 1935

### SNOW et v FULTON et

Ohio Appeals, 9th Dist, Summit Co

No 2568.   Decided Jan 30, 1936

